# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142563

IN RE FORFEITURE OF A QUANTITY OF
MARIJUANA
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

A QUANTITY OF MARIJUANA, DRUG
PARAPHERNALIA, 3551 EAST ALLEN ROAD,
$360, NUMEROUS FIREARMS AND
AMMUNITION, SKI-DOO SNOWMOBILE,
1965 CHEVROLET NOVA, and CAR TRAILER,
      Defendants,
and

GERALD OSTIPOW and ROYETTA OSTIPOW,
      Claimants-Appellees,
and

STEVEN PAUL OSTIPOW,
      Claimant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142563
COA: 291993
Saginaw CC: 08-900017-CF

On order of the Court, the application for leave to appeal the January 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

y0418